**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CHANTELLE CAMPBELL and**
**NATHANIEL CAMPBELL,**

    Plaintiffs,

v.                                                                                                    No. 21-cv-0615 WJ/SMV

**JAMES EDWARD HOFFMAN and**
**US EXPRESS LOGISTICS III LLC,**

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiffs filed their Complaint on July 2, 2021.  [Doc. 1].  Plaintiffs had 90 days from filing the Complaint, or until September 30, 2021, to effect service of process.  Fed. R. Civ. P. 4(m) (2015).  There is no indication on the record that service of process has been effected with respect to Defendant James Edward Hoffman.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendant Hoffman should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995).  Plaintiffs must file their response **no later than October 29, 2021**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**