IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHANTELLE CAMPBELL and
NATHANIEL CAMPBELL,

        Plaintiffs,

v.                                    1:21-CV-00615-WJ-SMV

JAMES EDWARD HOFFMAN, and US
EXPRESS LOGISTICS III,

        Defendants.

## ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER, having come before the Court on Defendant US EXPRESS LOGISTICS III's Motion to Withdraw and Substitute Counsel ("Defendant's Motion"), the Court being notified that US Express Logistics III consents to the substitution at issue herein, and being otherwise fully advised in the premises, FINDS Defendant's Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that CIVEROLO, GRALOW & HILL (Justin L. Robbs and Lindsey A. Bundrant) be allowed to withdraw as counsel for US EXPRESS LOGISTICS III and ADAMS+CROW LAW FIRM (Samantha M. Adams and Erin L. Chavez) is hereby substituted as counsel of record.

_____
HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED BY:

*/s/ Justin L. Robbs, Electronically submitted 11/09/2021*
Justin L Robbs, Esq.
Lindsey A. Bundrant, Esq.
Civerolo, Gralow & Hill
PO Box 93940
Albuquerque, NM 87199
Phone: (505) 842-8255
robbsj@civerolo.com

bundrantl@civerolo.com
**Attorneys for Defendant US Express Logistics III, LLC**


APPROVED AS TO FORM:

*Approved via e-mail 11/09/2021*
Francheska M. Bardacke, Esq.
John D. Sloan, Jr., Esq.
Sloan, Hatcher, Perry, Runge, Robertson & Smith
509 Roma Avenue NW
Albuquerque, NM 87102
Telephone: (903) 757-7000
Fax: (505) 372-1381
Jsloan@Sloanfirm.com
Fbardacke@Sloanfirm.com
*Attorneys For Plaintiffs*

and


*Approved via e-mail 11/09/2021*
Samantha M. Adams, Esq.
Erin L. Chavez, Esq.
ADAMS+CROW LAW FIRM
5051 Journal Center Blvd., Ste. 320
Albuquerque, NM 87109
(505) 582-2819
(505) 212-0439 facsimile
sam@adamscrow.com
erin@adamscrow.com
*Substituting Attorneys for US Express Logistics, III, LLC*