IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHANTELLE CAMPBELL and
NATHANIEL CAMPBELL,

        Plaintiffs,

v.                                        **No. 21-cv-0615 WJ/SMV**

JAMES EDWARD HOFFMAN, and
US EXPRESS LOGISTICS III,

        Defendants.

## ORDER SETTING STATUS CONFERENCE

**Date and time**:      December 16, 2021, at 9:30 a.m. MST

**Matter to be heard**:  Status Conference

     A telephonic Status Conference is hereby set for **December 16, 2021, at 9:30 a.m. MST**.

Counsel should be prepared to discuss the status of the case.  Counsel must call the Court's

AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

     **IT IS SO ORDERED.**

 

 

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**