IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHANTELLE CAMPBELL and
NATHANIEL CAMPBELL,

    Plaintiffs,

v.                                                  No. 21-cv-0615 WJ/SMV

JAMES EDWARD HOFFMAN and
US EXPRESS LOGISTICS III LLC,

    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY

THIS MATTER is before the Court on Plaintiffs' Motion for Leave to File Surreply (the "Motion") [Doc. 22] (filed November 23, 2021) related to the Order to Show Cause entered on October 8, 2021. [Doc. 14]. Defendant U.S. Express Logistics filed a Response in Opposition to the Motion on December 3, 2021. [Doc. 23]. The Court will grant the Motion.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Leave to File Surreply is GRANTED.

IT IS SO ORDERED.

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**