**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CHANTELLE CAMPBELL and
NATHANIEL CAMPBELL,**

**Plaintiffs,**

**v.**                                                                         **No. 21-cv-0615 WJ/SMV**

**JAMES EDWARD HOFFMAN and
US EXPRESS LOGISTICS III LLC,**

     **Defendants.**

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time:**     January 6, 2022, at 9:30 a.m. MST

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **January 6, 2022, at 9:30 a.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                   _____
                                                   **STEPHAN M. VIDMAR**
                                                   **United States Magistrate Judge**